JACOBSEN CONSTRUCTION COMPANY, a Utah corporation, and University Inn Associates, Third–Party Plaintiffs, and Petitioners,

v.

BLAINE CONSTRUCTION CO., INC., a Utah corporation, Third–Party Defendant, and Respondent.

Nos. 940007, 920036–CA and 890905042.

Supreme Court of Utah.

April 10, 1994.

Upon stipulation of the respective parties herein, it is ordered that this appeal be, and the same is dismissed.